**Michael L. MALONE, Plaintiff–Appellee**

v.

**Adrian W. TIDWELL, F.W.P.D. Officer, K–9 Officer; Officer Justin L. Stroud, F.W.P.D, West Field Operations; Officer John T. Davis, F.W.P.D., West Field Operations; James S. Fields, F.W.P.D., West Field Operations; Officer Jason L. Gipson; Nathan S. Lehman, ID# 3727, Defendants–Appellants.**

No. 14–11250.

United States Court of Appeals, Fifth Circuit.

Sept. 3, 2015.

Lyndon Frank Bittle, Joshua Dudley Kipp, Carrington, Coleman, Sloman & Blu-

menthal, L.L.P., Dallas, TX, for Plaintiff–Appellee.

Kenneth E. East, Esq., Foster & East, North Richland Hills, TX, Dee Lee Thomas, Jr., Law Office of D. Lee Thomas, Luis Alfredo Galindo, Fort Worth, TX, for Defendants–Appellants.

Before KING, DENNIS, and OWEN, Circuit Judges.

PER CURIAM: *

AFFIRMED. *See* 5TH CIR. R. 47.6.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.